UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE ALFREDO GONZALEZ TZAJ and
JOAQUIN ANTONIO PEÑA RIVERA,

                    Plaintiffs,

         -against-

1567 LEX CAFE CORP. d/b/a EFFY'S
KITCHEN, 1688 YORK CAFÉ CORPORATION
d/b/a EFFY'S CAFÉ ON YORK, and SHLOMO
ALKOBY,

                    Defendants.
-------------------------------------------------------------------X

23 Civ. 449 (JPO) (RWL)

JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Jose Alfredo Gonzalez Tzaj and Joaquin Antonio Peña Rivera (collectively, "Plaintiffs") on June 19 2023 (ECF No. 28); it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants 1567 Lex Café Corp. d/b/a Effy's Kitchen, 1688 York Café Corporation d/b/a Effy's Café on York, and Shlomo Alkoby, in the amount of $60,000.00, inclusive of attorneys' fees and costs, in a full and final resolution of all of Plaintiff's claims in this action.

The Clerk is directed to close this case.

Dated:  New York, New York
          July 13            , 2023

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge